IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YVONNE GARREAUX, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-502 |
| v. | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 60 days, to and including November 6, 2006, within which to respond to the complaint. Our response is presently due on September 5, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant's counsel was assigned to this matter and first received a copy of the complaint on July 24, 2006. He promptly requested, pursuant to 28 U.S.C. § 520, that the appropriate agencies provide him with a litigation report. One of the agencies involved in this matter provided its litigation report to defendant's counsel on August 28, 2006. The other agency involved in this action requires additional time to prepare and provide its litigation report. We anticipate that an additional 60 days will be required to prepare the second litigation report, study both litigation reports, determine the most appropriate response to the complaint and to obtain agency comment and

internal review and approval of the Government's response.

For the foregoing reasons, defendant requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE,JR.
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

August 28, 2006

CERTIFICATE OF FILING

I hereby certify that on this 28th day of August, 2006, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler