IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YVONNE GARREAUX, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-502 (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 14 days, to and including December 4, 2006, within which to respond to the complaint. Our response is presently due on November 20, 2006. This is our third request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Agency counsel for the Bureau of Indian Affairs expected to provide a litigation report in this case to defendant's counsel on or about October 24, 2006. As the result of an injury that has resulted in his sustained absence from the office, however, the preparation of the litigation report has been delayed. Agency counsel has indicated to defendant's counsel that he intends to be able to produce a report on or before November 16, 2006. Defendant's counsel anticipates that he will need 18 days after receipt of the report to prepare the Government's response to the plaintiff's complaint and to obtain internal review and approval. For that reason, defendant requests that the Court

grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE,JR.
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

November 16, 2006

CERTIFICATE OF FILING

I hereby certify that on this 16th day of November, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler