U.S. Department of Housing and Urban Development
Federal Tort Claims Center
Office of the Regional Counsel
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, Room [illegible]
Boston, Massachusetts 02222-1092

New England

(617) 994-8250 FAX: (617) 5[illegible]-7337

NOV 29 2006

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Robert Doody
St. Francis Mission
P.O. Box 499
St. Francis, SD 57572

Re: Administrative Claim of Yvonne Garreaux

Dear Mr. Doody:

I am writing on behalf of the United States Department of the Interior and the United States Department of Housing and Urban Development with regard to the administrative claim you filed on behalf of Yvonne Garreaux. On or about June 27, 2006, you filed a lawsuit in the United States Court of Federal Claims following presentation to HUD and the Department of the Interior of an administrative tort claim alleging negligent administration of a Mutual Help and Occupancy Agreement, negligent administration of a lease agreement, and negligence in trust responsibility to an American Indian person. Because you have exercised your option under 28 U.S.C. §2675(a) to file a lawsuit concerning this matter, the administrative claim must be denied. Therefore, please be advised that the administrative tort claim filed by Ms. Garreaux is hereby denied.

I am required by law to inform you that if you do not agree with the decision of the United States Department of the Interior and the United States Department of Housing and Urban Development to deny your claim, you may bring suit against the United States in an appropriate United States District Court no later than six (6) months after the date of mailing of this notification of denial. 28 U.S.C. § 2401 (b).

Very truly yours,

Miniard Culpepper
Regional Counsel for New England