IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YVONNE GARREAUX,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-502<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 14 days, to and including February 5, 2007, within which to reply to plaintiff's response to defendant's motion to dismiss. Our response is presently due on January 22, 2007. This is our first request for an enlargement of time to file this reply. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Although agency counsel for the Department of Housing and Urban Development has provided comments on plaintiff's response, agency counsel for the Bureau of Indian Affairs ("BIA counsel") has not yet provided such comments. BIA counsel has indicated to defendant's counsel that he intends to be able to provide comments on or before January 24, 2007. Defendant's counsel anticipates that he will need 12 days after receipt of the comments to prepare the Government's reply to the plaintiff's response and to obtain internal review and approval. For that reason, defendant requests that the Court grant this unopposed

motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE,JR.
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

January 18, 2007

CERTIFICATE OF FILING

I hereby certify that on this 18th day of January, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler